## Notice to District Court of Related Criminal Duty Filing

Number of current Criminal Duty Filing: CR Misc. No. _____ 17CM00846

Title(s) of document(s) making up current criminal duty filing: <u>Ex Parte Application for Order Sealing Contents of File; [Proposed] Order; Ex Parte Application for Order Extending for 120 Days Any Applicable Deadline for Filing Civil Forfeiture Complaint; [Proposed] Order</u>

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ☒ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

_____

_____

c) ☐ relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):

_____

_____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:

_____

_____

Respectfully submitted,

DATED: 6-22-17

_____
STEVEN R. WELK,
Assistant United States Attorney

**This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**