UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF 539 SHIPPING CONTAINERS OF ALUMINUM EXTRUSIONS | CR. MISC. NO. CM 17-846-DMG <br><br> ORDER UNSEALING DOCUMENTS [11] |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for unsealing this matter is GRANTED. The Clerk's Office shall unseal this matter so that the government can produce the documents to defense counsel in United States v. Zhongtian Liu et al., CR No. 19-282-RGK.

May 21, 2021
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE